Liberty National Bank of Chicago, Trustee, Appellee, v. Montgomery J. Atkinson, Appellant.

Gen. No. 41,653.

opinion filed February 10, 1942. Montgomery J. Atkinson, *pro se,* Jesmer & Jesmer, for appellee; Julius Jesmer and Harold Perry Cohen, of counsel. Opinion by Justice Friend. ''Not to be published in full.''